AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-3583RHK/AJB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* Valentine & Kebartas, Inc.
was received by me on *(date)* 12/14/2011 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jennifer Sunn (clerical) , who is
designated by law to accept service of process on behalf of *(name of organization)* Valentine & Kebartas, Inc.
on *(date)* 12/14/2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 30.00 for travel and $ 30.00 for services, for a total of $ 60.00 .

I declare under penalty of perjury that this information is true.

Date: 12/14/2011

*Server's signature*

Giovanni Bloise Freyre (Constable & Process Server)
*Printed name and title*

CONSTABLE'S OFFICE
11 Appleton St. Lawrence, MA 01840
978-687-1100
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| Lynette R. Johnson <br><br> *Plaintiff* <br> v. <br> Valentine & Kebartas, Inc, et al. <br><br> *Defendant* | ) ) ) ) ) ) ) ) |

Civil Action No. 11-3583 RHK/AJB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Valentine & Kebartas, Inc.
15 Union Street
Lawrence, Massachusetts 01840


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Mark L. Heaney
Heaney Law Firm, LLC
13911 Ridgedale Drive, Suite 110
Minnetonka, MN 55305


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD D. SLETTEN

CLERK OF COURT

Date: 12-12-11

*Signature of Clerk or Deputy Clerk*