**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Lynette R. Johnson, | Civil No. 11-3583 (RHK/AJB) |
| Plaintiff, | **ORDER FOR JUDGMENT OF DISMISSAL** |
| v. | |
| Valentine & Kebartas, Inc., et al., | |
| Defendants. | |

---

Pursuant to the Notice of Voluntary Dismissal (Doc. No. 3), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 7, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge