# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Lynette R. Johnson,

       Plaintiff,

v.

Valentine & Kebartas, Inc., et al.,

       Defendants.

Civil No. 11-3583 (RHK/AJB)

**ORDER FOR JUDGMENT OF
DISMISSAL**

---

Pursuant to the Notice of Voluntary Dismissal (Doc. No. 3), **IT IS ORDERED** that the

Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements

or attorney's fees to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 7, 2012

                 s/Richard H. Kyle
                 RICHARD H. KYLE
                 United States District Judge